# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 5, 2003

**Before**

Hon. Frank H. Easterbrook, *Circuit Judge*

Hon. Daniel A. Manion, *Circuit Judge*

Hon. Diane P. Wood, *Circuit Judge*

No. 02-3511

Stephen P. Turner,

*Plaintiff-Appellant,*

v.

J.V.D.B. & Associates, Inc., an Illinois
corporation,

*Defendant-Appellant.*

Appeal from the United States District
Court for the Northern District of Illinois,
Eastern Division

No. 01 C 5896

**Ian H. Levin**, *Magistrate Judge.*

## ORDER

The opinion of this court issued on June 4, 2003 is amended as follows:

Page 7, lines 16-17 of the first full paragraph, delete "or attempted to collect", so that text reads ". . . a collector who collected a charge unauthorized by the debt agreement . . . ."